# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

# 19W0409.08

AGENCY: ☒ IDHR  ☐ EEOC

CHARGE NUMBER: 2019SA1767

## Illinois Department of Human Rights and EEOC

| | | |
|---|---|---|
| **NAME OF COMPLAINANT** (indicate Mr. Ms. Mrs.)<br>PEDRO A. VALENCIA | **TELEPHONE NUMBER** (include area code)<br>217-819-7499 | |
| **STREET ADDRESS**<br>3340 RAWLINGS DRIVE | **CITY, STATE AND ZIP CODE**<br>SPRINGFIELD, ILLINOIS 62704 | **DATE OF BIRTH**<br>07 / 16 / 1951<br>M    D    Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| | | | |
|---|---|---|---|
| **NAME OF RESPONDENT**<br>BUNN-O-MATIC CORPORATION | **NUMBER OF EMPLOYEES, MEMBERS 15+** | **TELEPHONE NUMBER** (include area code)<br>217-529-6601 | |
| **STREET ADDRESS**<br>5020 ASH GROVE DRIVE | **CITY, STATE AND ZIP CODE**<br>SPRINGFIELD, ILLINOIS 62711 | | **COUNTY**<br>SANGAMON |

| | |
|---|---|
| **CAUSE OF DISCRIMINATION BASED ON:**<br>AGE, NATIONAL ORIGIN, RETALIATION | **DATE OF DISCRIMINATION**<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br>11/08/2018<br>☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.   A.   ISSUE/BASIS

HARASSMENT FROM 2015 TO NOVEMBER 8, 2018 BECAUSE OF AGE, 67.

B.   PRIMA FACIE ALLEGATIONS

1. I was 67 years of age at the time of the alleged discrimination.

2. From approximately 2015 to November 8, 2018, Eric Haire, Supervisor, harassed me on multiple occasions when he did and said

Page 1 of 4
RYS

---

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _____ DAY OF _____, ____

X_____
NOTARY SIGNATURE

X [signature]                              6/24/2
SIGNATURE OF COMPLAINANT          DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

NOTARY STAMP

EEO-5 FORM (Rev. 11/09-INT)

    such things as, but not limited to; stated (before he was my Supervisor) that when he became my Supervisor he would crush me like a bug, stated that Mexican people were the most obese in the United States, denied me the opportunity to work overtime, made fun of my clothing, physically separated me from the rest of my department, sent telephone calls to me instead of rotating them to other employees, and refused to provide me a properly functioning computer or headset.

3.     The behavior was unwelcome and I opposed it to Eric Haire, Supervisor, Scott Lee, Human Resources, and Tim Spencer, Vice President of Technical Services, but it continued.

4.     The conduct created a hostile, intimidating, and offensive work environment that substantially interfered with my ability to perform the job.

II.    A.    ISSUE/BASIS

HARASSMENT FROM 2015 TO NOVEMBER 8, 2018 BECAUSE OF NATIONAL ORIGIN, MEXICO.

    B.    PRIMA FACIE ALLEGATIONS

1.     My national origin is Mexico.

2.     From approximately 2015 to November 8, 2018, Eric Haire, Supervisor, harassed me on multiple occasions when he did and said such things as, but not limited to; stated (before he was my Supervisor) that when he became my Supervisor he would crush me like a bug, stated that Mexican people were the most obese in the United States, denied me the opportunity to work overtime, made fun of my clothing, physically separated me from the rest of my department, sent telephone calls to me instead of rotating them to other employees, and refused to provide me a properly functioning computer or headset.

3.     The behavior was unwelcome and I opposed it to Eric Haire, Supervisor, Scott Lee, Human Resources, and Tim Spencer, Vice President of Technical Services, but it continued.

4.     The conduct created a hostile, intimidating, and offensive work environment that substantially interfered with my ability to perform the job.

Charge Number: 2019SA1767
Complainant: VALENCIA
Page 3 of 4

III.   A.   ISSUE/BASIS

DISCHARGE ON NOVEMBER 8, 2018 BECAUSE OF AGE, 67.

B.   PRIMA FACIE ALLEGATIONS

1. I was 67 years of age at the time of the alleged discrimination.

2. My performance as Technical Services Representative met Respondent's expectations.

3. On November 8, 2018, Scott Lee, Human Resources, discharged me based on the recommendation by Eric Haire, Supervisor, for the stated reason of not being able to perform my duties.

4. Similarly situated younger persons were not discharged under similar circumstances.

IV.   A.   ISSUE/BASIS

DISCHARGE ON NOVEMBER 8, 2018 BECAUSE OF NATIONAL ORIGIN, MEXICO.

B.   PRIMA FACIE ALLEGATIONS

1. My national origin is Mexico.

2. My performance as Technical Services Representative met Respondent's expectations.

3. On November 8, 2018, Scott Lee, Human Resources, discharged me based on the recommendation by Eric Haire, Supervisor, for the stated reason of not being able to perform my duties.

4. Similarly situated non-national origin, Mexico persons were not discharged under similar circumstances.

Charge Number: 2019SA1767
Complainant: VALENCIA
Page 4 of 4

V.  A.  ISSUE/BASIS

    DISCHARGE ON NOVEMBER 8, 2018 BECAUSE OF RETALIATION.

   B.  PRIMA FACIE ALLEGATIONS

1. On several occasions, I opposed discrimination when directly opposing discrimination to Eric Haire, Supervisor, and making complaints to Scott Lee, Human Resources, and Tim Spencer, Vice President of Technical Services, about the way I was treated by Eric Haire, Supervisor, based on my age and national origin.

2. My performance as Technical Services Representative met Respondent's expectations.

3. On November 8, 2018, Scott Lee, Human Resources, discharged me based on the recommendation by Eric Haire, Supervisor, for the stated reason of not being able to perform my duties.

4. The discharge followed my participation in a protected activity within such a period of time as to raise an inference of retaliatory motivation.